UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                         CASE NO. 2:22-CR-20011

DONALD EDWARD COST                                                                                         DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 10) entered in this case and accepts Defendant's plea of guilty to Count 1 of the information.  The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 14th day of November, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE